UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUILLEN DURAN,<br><br>        Petitioner,<br><br>        v.<br><br>ERIC HOLDER, et al.,<br><br>        Respondent. | No. EDCV 13-1921-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is denied as moot.

DATED: November 22, 2016

STEPHEN V. WILSON
United States District Judge